```
                                        USDS SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT            DOC #: _____
SOUTHERN DISTRICT OF NEW YORK           DATE FILED:  5/17/18
---------------------------------------- X
                                    :          KMW
UNITED STATES OF AMERICA            :    [PROPOSED] ORDER
                                    :
        - v. -                      :
                                    :    18 Cr. 139 (KMK)
TASLEEM KHAN,                       :
                                    :
            Defendant.              :
---------------------------------------- X
```

WHEREAS, with the consent of defendant TASLEEM KHAN, his guilty plea allocution to a Superseding Misdemeanor Information was taken before a United States Magistrate Judge on April 17, 2018;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          May 17 2018

                              _Kimba m. Wood_
                              HONORABLE KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK