UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

       -against-

TASLEEM KHAN,

                       Defendant.
-----------------------------------------------------------------x

**ORDER**
18 CR 139 (KMW)

KIMBA M. WOOD, District Judge:

       The Court will hold a teleconference, on the defendant's violation of supervised release, on Thursday, April 30, 2020, at 11:30 a.m.

       To join the telephone conference, the parties should dial 888-363-4749 and enter access code 1613818.

       SO ORDERED.

Dated: New York, New York
       April 28, 2020

                                            _____
                                              KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE