UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/20

    -against-

TASLEEM KHAN,

        Defendant.
-----------------------------------------------------------------x

ORDER
18 CR 139 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote hearing on Defendant's violation of supervised release on Wednesday, December 9, 2020, at 10:00 a.m. and Thursday, December 10, 2020, at 10:00 a.m.

Members of the press and public who wish to hear the proceedings should dial 917-933-2166, and enter Conference ID number 594674579.

SO ORDERED.

Dated: New York, New York
       December 2, 2020

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE