```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 2, 2020

18-CR-139 (KMW)
**OPINION & ORDER**

v.

TASLEEM KHAN,

        Defendant.

-------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

The Court makes the following corrections to its December 2, 2020 Order (ECF No. 58):

The Court will hold a remote hearing on Defendant's violation of supervised release on Wednesday, December 9, 2020, at 10:00 a.m. and Thursday, December 10, 2020, at 10:00 a.m.

For the Wednesday, December 9 hearing, members of the press and public who wish to hear the proceedings should dial 646-558-8656, enter Meeting ID number 92319728923, and enter passcode 572390.

For the Thursday, December 10 hearing, members of the press and public who wish to hear the proceedings should dial 646-558-8656, enter Meeting ID number 94331511964, and enter passcode 353706.

SO ORDERED.

Dated: New York, New York
       December 2, 2020

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                         United States District Judge