| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------------X<br><br>UNITED STATES OF AMERICA<br><br>                v.<br><br><br><br>TASLEEM KHAN,<br><br>                Defendant.<br>-----------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: December 22, 2020<br><br>18-CR-139 (KMW)<br>**ORDER** |

KIMBA M. WOOD, United States District Judge:

       The Court makes the following amendments to its December 14, 2020 Order (ECF No. 65) in light of counsel's December 22, 2020 request (ECF No. 66):

       The Court will hold a remote hearing on Defendant's violation of supervised release on **Wednesday, January 6, 2020, at 11:00 a.m.** and **Thursday, January 7, 2020, at 2 p.m.**

       For the Wednesday, January 6 hearing, members of the press and public who wish to hear the proceedings should dial 646-558-8656, enter Meeting ID number 952 9213 0534, and enter passcode 161678.

       For the Thursday, January 7 hearing, members of the press and public who wish to hear the proceedings should dial 646-558-8656, enter Meeting ID number 988 6191 4974, and enter passcode 933257.

In order to promote efficiency in the hearing scheduled for January 7-8, counsel are directed to stipulate to any uncontested facts upon which Defendant relies.  **This stipulation must be filed by December 28, 2020 at 5 p.m.**

SO ORDERED.

Dated: New York, New York
       December 22, 2020

                                                    /s/ Kimba M. Wood
                                                 KIMBA M. WOOD
                                              United States District Judge