UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 18, 2021

v.

18-CR-139 (KMW)
**ORDER**

TASLEEM KHAN,

       Defendant.
-------------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

The Court makes the following amendments to its February 3, 2021 Order (ECF No. 72) in light of the Government's February 18, 2021 request (ECF No. 73):

The Court will hold a remote hearing on Defendant's violation of supervised release on **Wednesday, March 3, 2021, at 11 a.m.** Members of the press and public who wish to hear the proceedings should dial 646-558-8656, enter Meeting ID number 936 8942 9237, and enter passcode 703612.

In order to promote efficiency in the hearing, counsel are directed to submit the following information to the Court by **Monday, February 22, 2021 at 5 p.m.**:

- An updated list of all witnesses who the parties plan on calling;

- An updated list of documents that will be used in connection with the witnesses or offered into evidence during the hearing and the corresponding files for those documents;

- An updated joint plan concerning the logistics of the hearing. The joint plan should include information on (a) the sequencing of witnesses; (b) how witnesses will receive and review documents; and (c) other relevant and necessary protocols for the hearing; and

- A stipulation (filed on ECF) to any uncontested facts upon which Defendant relies.

SO ORDERED.

Dated: New York, New York
       February 18, 2021

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge