UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

TASLEEM KHAN,

        Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 1, 2021

18-CR-139 (KMW)
**ORDER**

KIMBA M. WOOD, United States District Judge:

    The Court has reviewed the exhibits that the parties submitted for the March 3, 2021 hearing regarding the alleged violations of supervised release. In order to better understand the parties' contentions, the Court requests that defense counsel respond to the following questions by **Tuesday, March 2, 2021, at 11:00 a.m.**

1. Does Defendant contend that during the March 3, 2020 incident (the "Incident") that:

    a. he did not wield

        i. a knife?

        ii. two knives?

    b. he did not say, among other things, "I'll kill you"?

    c. he did not

        i. threaten any of his family members?

        ii. attempt to threaten any of his family members?

2. Does Defendant contend that what is in dispute is not what he did and said, but rather his state of mind?

3. Does Defendant contend that what is in dispute is not what he did and said, but rather the state of mind of each other person in his family?

SO ORDERED.

Dated: New York, New York
       March 1, 2021

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge