# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 2, 2021

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:    **United States v. Tasleem Khan**
       **18 Cr. 139 (KMW)**

Dear Judge Wood:

We write in response to the Court's Order dated March 1, 2021 seeking answers to various questions regarding the defense's anticipated contentions during tomorrow's proceedings.

First, the defense does not anticipate disputing that Tasleem Khan possessed one knife during the events in question.   With respect to whether he possessed two knives, we anticipate a dispute.   With respect to whether Mr. Khan said, among other things, "I'll kill you," we anticipate a dispute.   With respect to whether Mr. Khan threatened or attempted to threaten any of his family members, we also anticipate a dispute.

Second, the defense contends that what is in dispute is what Mr. Khan actually said, his state of mind, and his conscious objective.

Third, the defense contends that what is in dispute is what Mr. Khan actually said and did, along with the state of mind of each other person in his family.

With respect to the outstanding questions from the Court's e-mail communications with the parties, the defense is not yet certain whether it will introduce body camera footage from Officer Petner.   Because the footage may or may not be relevant to our cross examination of Officer Petner depending on his direct testimony,

the defense cannot commit one way or the other at this juncture.   However, should the defense seek to admit the footage, the parties will be ready to present the Court with a joint stipulation as to its admissibility.

With respect to the Court's question about GX 3, GX 4, GX 6, and GX 7 and GX 7-T, the defense does not anticipate challenging the admissibility of GX 3, 4, and 6.   With respect to GX 7 and 7-T, the parties will discuss any outstanding issues today at 3:30 PM and report back to the Court as soon thereafter as possible.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Jennifer E. Willis, Esq.
Assistant Federal Defenders

Cc:     Government Counsel                                    Counsel for Tasleem Khan

2