# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 23, 2021

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   **United States v. Tasleem Khan**
      **18 Cr. 139 (KMW)**

Dear Judge Wood:

**MEMO ENDORSED**

We write regarding the violation of supervised release proceedings pending against Tasleem Khan in the above-captioned case. After consulting with the government, we respectfully request that the Court adjourn the parties' respective sentencing-submission deadlines, from March 24, 2021 to May 3, 2021 for the defense and from March 31, 2021 to May 10, 2021 for the government.

] **Denied. KMW**

Respectfully Submitted,

/s/ Andrew J. Dalack

Andrew J. Dalack
Jennifer E. Willis
Assistant Federal Defenders

**Defendant is ordered to file his sentencing submission by March 31, 2021, and the Government is ordered to file its submission by April 14, 2021.**

Cc:   Government Counsel           Counsel for Tasleem Khan

SO ORDERED.

Dated: New York, New York

3/23/2021

___/s/ Kimba M. Wood___
**Kimba M. Wood**
**United States District Judge**