UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

TASLEEM KHAN,

                      Defendants.
-------------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/21

**ORDER**
18 CR 139 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote sentencing on April 29, 2021, at 11:00 a.m. Members of the press and public who wish to hear the proceedings should dial 917-933-2166 and enter Conference ID number 333820171. All members of the press and public who join the proceeding must do so with their telephones on mute.

    SO ORDERED.

Dated: New York, New York
       April 22, 2021

                                              /s/ Kimba M. Wood
                                              KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE