UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

-against-

TASLEEM KHAN,

                       Defendant.
------------------------------------------------------------------x

**ORDER**
18 CR 139 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/21

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for May 13, 2021, is adjourned to May 20, 2021, at 11:00 a.m. The dial-in information in the Court's April 22, 2021, Order remains the same.

SO ORDERED.

Dated: New York, New York
May 12, 2021

Kimba M. Wood
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE